No. 296. ILLINOIS EX REL. EITEL ET AL. *v.* TOMAN ET AL.; and

No. 297. ILLINOIS EX REL. SEARS, ROEBUCK & CO. *v.* SAME. October 9, 1939. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a substantial federal question. *League* v. *Texas,* 184 U. S. 156, 161–162; *Kentucky Union Co.* v. *Kentucky,* 219 U. S. 140, 152–153; *Satterlee* v. *Matthewson,* 2 Pet. 378, 413; *Violet Trapping Co.* v. *Grace,* 297 U. S. 119, 120; *Ingraham* v. *Hanson,* 297 U. S. 378, 381; *Schenebeck* v. *McCrary,* 298 U. S. 36, 37. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration or decision of No. 297. *Mr. Murry Nelson* for appellants. *Mr. Jacob Shamberg* for appellees. Reported below: 371 Ill. 367; 21 N. E. 2d 318.